**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE M. CHINN, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

          v.

2U, INC., CHRISTOPHER J. PAUCEK, CATHERINE A. GRAHAM,

                    Defendants.

---

19-CV-7479 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 9, 2019, Plaintiff Anne M. Chinn filed a class action lawsuit on behalf of purchasers of the common stock of 2U, Inc. between February 25, 2019 and July 30, 2019. On August 27, 2019, the Court signed a joint stipulation and order providing that this action "shall be consolidated for hearing" before this Court with the action *Harper v. 2U, Inc., et al.*, 19-CV-7390-RA, and that lead plaintiff shall serve a consolidated compliant within 60 days of entry of the Court's Order appointing lead plaintiff and designating lead counsel. On October 16, 2019, before the Court held a hearing on appointment of lead plaintiff and designation of lead counsel, the defendants in *Harper v. 2U, Inc., et al.* filed a motion to transfer that action to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1404(a). On November 25, 2019, the proposed lead plaintiffs Chicago Teachers and Pirani both filed notices of non-opposition to Defendants' motion to transfer. On November 26, 2019, the Court granted the defendants' unopposed motion to transfer in *Harper v. 2U, Inc., et al.*

No later than April 17, 2020, the parties shall file a joint letter stating whether they consent to transferring this action to the United States District Court for the District of Maryland, where it may be consolidated with *Harper v. 2U, Inc., et al.*, 8:19-cv-03455-TDC.

SO ORDERED.

Dated:          April 8, 2020
                New York, New York

_____
Ronnie Abrams
United States District Judge