USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-23-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE M. CHINN, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

2U, INC., CHRISTOPHER J. PAUCEK, CATHERINE A. GRAHAM,

    Defendants.

19-CV-7479 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 9, 2019, Plaintiff Anne M. Chinn filed a class action lawsuit on behalf of purchasers of the common stock of 2U, Inc. between February 25, 2019 and July 30, 2019. On August 27, 2019, the Court signed a joint stipulation and order providing that this action "shall be consolidated for hearing" before this Court with the action *Harper v. 2U, Inc., et al.*, 19-CV-7390-RA, and that lead plaintiff shall serve a consolidated compliant within 60 days of entry of the Court's Order appointing lead plaintiff and designating lead counsel. On October 16, 2019, before the Court held a hearing on appointment of lead plaintiff and designation of lead counsel, the defendants in *Harper v. 2U, Inc., et al.* filed a motion to transfer that action to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1404(a). On November 25, 2019, the proposed lead plaintiffs Chicago Teachers and Pirani both filed notices of non-opposition to Defendants' motion to transfer. On November 26, 2019, the Court granted the defendants' unopposed motion to transfer in *Harper v. 2U, Inc., et al.*

On April 8, 2020, the Court ordered the parties to file letters stating whether they consent to transferring this action to the United States District Court for the District of Maryland, where it may be consolidated with *Harper v. 2U, Inc., et al.*, 8:19-cv-03455-TDC. Defendants filed a letter requesting that the Court transfer this action, and Plaintiff filed a letter of non-opposition to the transfer. Plaintiff also stated that the presumptive lead plaintiff in *Harper* has no objection to the transfer of this action.

28 U.S.C. § 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Transfer to the United States District Court for the District of Maryland is appropriate here because this action is related to *Harper v. 2U, Inc., et al.*, 8:19-cv-03455-TDC and because all parties have consented to it. Accordingly, this action is hereby transferred.

The Clerk of Court is respectfully directed to transfer this action to the District of Maryland.

SO ORDERED.

Dated:    April 23, 2020
          New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge